```
 1 | Jefferson S. Smith, Esq.
   | MURCHISON & CUMMING
 2 | 750 B Street, Suite 2550
   | San Diego, California 92101
 3 | Telephone: (619) 544-6838
 4 | Attorneys for Defendants
   | Avis, Inc. and United States of America
 5 |
   | KAREN P. HEWITT
 6 | United States Attorney
   | DIANNE M. SCHWEINER
 7 | Assistant U.S. Attorney
   | California State Bar No. 188013
 8 | Office of the U.S. Attorney
   | Federal Office Building
 9 | 880 Front Street, Room 6293
   | San Diego, California 92101-8893
10 | Telephone: (619) 557-5680
   | Facsimile:  (619) 557-5004
11 |
   | Attorneys for Defendant
12 | United States of America
```

FILED
2008 AUG 19 PM 3: 13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

'08 CV 1522 WQH BLM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHU LE,<br><br>            Plaintiff,<br><br>vs.<br><br>NICHOLAS W. BELLENBAUM; AVIS, INC. dba AVIS RENT A CAR; AND DOES 1 TO 20,<br><br>            Defendants. | Case No.<br><br>**NOTICE OF SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT**<br><br>Removed from Superior Court of California County of San Diego<br>Case No. 37-2008-00085095-CU-PA-CTL |

PLEASE TAKE NOTICE that the UNITED STATES OF AMERICA, through its attorneys, Karen P. Hewitt, United States Attorney, and Dianne M. Schweiner, Assistant United States Attorney, hereby notifies the Court that by operation of law, to wit, 28 U.S.C. § 2679(d), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (Pub. Law 100-694), the UNITED STATES is substituted as a Defendant, in place of Nicholas W. Bellenbaum. This substitution is based upon the following:

1. Plaintiff has filed an action for personal injuries from a motor vehicle accident based on tort liability. Nicholas W. Bellenbaum was acting within the scope of his employment as a federal employee of the United States Department of the Navy at all times with respect to any events which may have given rise to Plaintiff's Complaint.

2. The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671, et seq. as amended by Public Law 100-694, provides that a suit against the UNITED STATES under the Act shall be the <u>exclusive</u> remedy for persons with claims for personal injury or loss of property allegedly resulting from the negligent or wrongful actions of federal employees taken within the scope of their employment. 28 U.S.C. § 2679(b)(1), as amended.

3. The Federal Tort Claims Act, as amended, further provides that upon certification by the Attorney General that a federal employee was acting within the scope of his employment at the time of the incident out of which the claim arose, any civil action commenced upon such claim in a State Court shall be removed without bond to federal district court at any time before trial. Such action shall be deemed an action against the UNITED STATES under the provisions of the Federal Tort Claims Act (FTCA), and the UNITED STATES shall be substituted as the party defendant in the place of said employee. The certification of the Attorney General conclusively establishes scope of office or employment for purposes of removal. 28 U.S.C. § 2679(d)(2).

4. In connection with the filing of a Notice of Removal of a Civil Action in the instant case, the Attorney General, by delegation, has filed herein a Certification, pursuant to 28 U.S.C. § 2679(d), as amended, that Nicholas W. Bellenbaum was acting within the scope of his employment as an employee of the UNITED STATES at the time of the incident out of which Plaintiff's claim arose.

WHEREFORE, this action is properly deemed an action under the Federal Tort Claims Act, solely against the UNITED STATES as a substituted Defendant in the place of Nicholas W. Bellenbaum. Pursuant to 28 U.S.C. § 2679(d)(1), Nicholas W. Bellenbaum is entitled to dismissal, with prejudice, since said suit is precluded as to him without regard as to when the acts or omissions complained of occurred.

///

///

2

1       As a part of this Notice of Substitution, the Court is respectfully referred to the proposed Order
2 of Substitution, Amendment, and Dismissal submitted herewith.

4   DATED: August 19, 2008                        Respectfully submitted,

                                                 KAREN P. HEWITT
                                                 United States Attorney

                                                 /s/ Dianne M. Schweiner

                                                 DIANNE M. SCHWEINER
                                                 Assistant U.S. Attorney