```
1  Jefferson S. Smith, Esq.
   MURCHISON & CUMMING
2  750 B Street, Suite 2550
   San Diego, California 92101
3  Telephone: (619) 544-6838

4  Attorneys for Defendants
   Avis, Inc. and United States of America
5

6  KAREN P. HEWITT
   United States Attorney
7  TOM STAHL
   Assistant U.S. Attorney
8  Chief, Civil Division
   California State Bar No. 078291
9  Office of the U.S. Attorney
   Federal Office Building
10 880 Front Street, Room 6293
   San Diego, California 92101-8893
11 Telephone: (619) 557-5680
   Facsimile:  (619) 557-5004
12
   Attorneys for Defendant
13 United States of America
```

FILED

2008 AUG 19 PM 3:13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'08 CV 1522 WQH BLM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHU LE,<br><br>    Plaintiff,<br><br>vs.<br><br>NICHOLAS W. BELLENBAUM; AVIS, INC. dba AVIS RENT A CAR; AND DOES 1 TO 20,<br><br>    Defendants. | Case No.<br><br>**CERTIFICATION OF SCOPE OF EMPLOYMENT**<br><br>[28 U.S.C. § 2879(d)] |

    Pursuant to the provisions of 28 U.S.C. §2679(d), and pursuant to the authority vested in the United States Attorney to make scope of employment certifications under 28 C.F.R. §15.3, as expressly delegated to me by the United States Attorney, I hereby certify that I have read the San Diego County Superior Court Complaint in the above-entitled action, as well as other documentation. On the basis of information now available with respect to the incident referred to in Plaintiff's Complaint, I hereby find

1  and certify that the individual Defendant, Nicholas W. Bellenbaum, was acting within the scope of his
2  employment as an employee of the United States with regard to the events described in Plaintiff's
3  Complaint.
4  DATED: August 15, 2008                           Respectfully submitted,

                                                    KAREN P. HEWITT
                                                    United States Attorney

                                                    *Tom Stahl* (signature)

                                                    TOM STAHL
                                                    Assistant U.S. Attorney
                                                    Chief, Civil Division