```
 1  KAREN P. HEWITT
    United States Attorney
 2  DIANNE M. SCHWEINER
    Assistant U.S. Attorney
 3  California State Bar No. 188013
    Office of the U.S. Attorney
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-5680
 6  Facsimile:  (619) 557-5004

 7  Attorneys for Defendant
    United States of America
 8
```

**FILED**

2008 AUG 19 PM 3: 13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHU LE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS W. BELLENBAUM; AVIS, INC.<br>dba AVIS RENT A CAR; AND DOES 1<br>TO 20,<br><br>　　　　Defendants. | No. 08 cv 1522 WQH BLM<br><br>CERTIFICATE OF SERVICE |
| STATE OF CALIFORNIA<br>COUNTY OF SAN DIEGO | ) ss. |

IT IS HEREBY CERTIFIED that:

I, Jaclyn R. Penley, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action; and

On August 19, 2008, I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of the following:

- **Notice of Removal of a Civil Action**
- **Notice of Substitution of United States of America as Defendant**
- **Certification of Scope of Employment**
- **Ex Parte Application for an Order Establishing Time for United States to Respond to Complaint**

1 | addressed to:

2 | Brooks L. Iler, Esq.
Virgil A. Iler, Esq.
3 | Iler & Iler, LLP
13400 Pomerado Road
4 | Poway, CA 92064
*Attorneys for Plaintiff*

5 |

6 | the last known address at which place there is delivery service of mail from the United States Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

7 |

8 | Executed on August 19, 2008.

9 | Jaclyn R. Penley