# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHU LE,<br><br>                    Plaintiff,<br>vs.<br>NICHOLAS W. BELLENBAUM; AVIS, INC. dba AVIS RENT A CAR; and DOES 1-20,<br><br>                    Defendants. | CASE NO. 08cv1522 WQH (BLM)<br><br>ORDER |

HAYES, Judge:

GOOD CAUSE SHOWING, it is ordered that the United States shall have until October 20, 2008 (60 days from the August 19, 2008 removal date of this action) to respond to the Complaint filed in this action.

DATED: August 27, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge