FILED
2008 NOV 18 PM 12: 39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHU LE,<br><br>    Plaintiff,<br><br>vs.<br><br>NICHOLAS W. BELLENBAUM; AVIS, INC. dba AVIS RENT A CAR; AND DOES 1 TO 20,<br><br>    Defendants. | CASE NO. 08 CV 1522 WQH (BLM)<br><br>ORDER RE: JOINT MOTION TO DISMISS AND DISMISSAL WITHOUT PREJUDICE<br><br>[FRCP, Rule 41(a)(2)] |

    IT IS HEREBY ORDERED that the Complaint of plaintiff Phu Le is hereby dismissed, without prejudice, as to Defendant Avis, Inc. dba Avis Rent A Car, only. Each party shall bear its or their own costs and fees.

    IT IS SO ORDERED.

Dated: 11/18/08

_____
HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE